PROGRESSIVE CLAIMS
PO BOX 94621
CLEVELAND, OH 44101-9941



**Underwritten by:**

United Financial Casualty Company

Hall Maines Lugrin, Pc
Matt Jett
2800 POST OAK BOULEVARD
SUITE 6400
HOUSTON, TX 77056

| | |
|---|---|
| **Claim Number:** | 22-7952725 |
| **Loss Date:** | June 26, 2022 |
| **Loss State:** | NM |

# Claim Information

March 18, 2024

Dear Matt Jett,

Re: Your client **Spur Energy Partners, LLC**

**Please review the attached Reservation of Rights letter as it pertains to defense of suit titled:**
*Todd M. Lopez, as PR of the Estate of Alberto Alvarez, JR., Decedent; Sandra Anchondo, individually, and as Next Friend of A.A. a minor; and Anahy Alvarez Anchondo; a Lucy River, a PI of the Estate of Israel Martinez, decedent; Mary Martinez, individually and as Next Friend of M.M.,A.O.M, I.M.J. minor children and Nitty Daniela Martinez v Spur Energy Partners, LLC et al, a NM Case NO: D-101-CV-2022-02140 Santa Fe Superior Court First Judicial District.*

Sincerely,

If you have any questions, please contact me.

Meliha Babic
Claims Department

ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

**Visit claims.progressive.com**
Track the status and details of your claim, e-mail your representative or report a new claim.

**Contact us**
MELIHA_BABIC@progressive.com
1-440-566-4732
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-833-905-1738

Page 1 of 1

Form CLM0000025 (01/22)

EXHIBIT A

Progressive Insurance
747 Alpha Drive
Highland Heights, OH 44143
Phone No:  440-566-4732
Fax No:  833-905-1738
A138510@progressive.com

Underwritten by: United Financial Casualty Company
Insured: A & R Services LLC
Policy Number:  04135669-000
Claim Number:  22-7952725
Date of Loss:  June 26, 2022
1-800-PROGRESSIVE (1-800-776-4737)

**Via Certified and U.S. Regular Mail**                             March 18th 2024

Mr. Matt Jett
Hall Maines Lugrin, PC
2800 Post Oak Boulevard, Suite 6400
Houston, TX 77056
**Your Client: Spur Energy Partners, LLC**

*RE: Tod M. Lopez, as PR of the Estate of Alberto Alvarez, JR., Decedent; Sandra Anchondo, individually, and as Next Friend of A.A. a minor; and Anahy Alvarez Anchondo; a Lucy River, a PI of the Estate of Israel Martinez, decedent; Mary Martinez, individually and as Next Friend of M.M.,A.O.M, I.M.J. minor children and Nitty Daniela Martinez v Spur Energy Partners, LLC et al NM Case NO: D-101-CV-2022-02140 Santa Fe Superior Court First Judicial District.*

Dear Spur Energy Partners, LLC,

As you may be aware, we have retained attorney Scott Hatcher of Cuddy McCarthy, LLP to represent the United Financial Casualty Company (UFCC).  UFCC is presently investigating if there is coverage for bodily injury liability and wrongful death claims arising out of the deaths of Alberto Alvarez, JR and Israel Martinez following an incident which occurred on June 26th, 2022 in Eddy County, NM.

We wish to advise you that we have no duty to indemnify Spur Energy Partners, LLC. or its entities related to damages arising from certain allegations in the in the lawsuit filed against them.  As such, we will be defending Spur Energy Partners, LLC under a Reservation of Rights.  A separate defense counsel will be assigned under Progressive claim # 24-5520816 handled by adjuster Rowen Pavlinac 440) 620-1392.

A **Reservation of Rights** means we reserve our right to deny coverage under the policy.  No action taken thus far, nor any action taken in the future, to investigate, explore settlement, settle, make payments or defend this claim should be deemed an admission of coverage under the referend policy.  United Financial Casualty Company reserves its rights to deny coverage under the referenced policy, to refuse to make any payments under the policy, to refuse to litigate any coverage issues and to seek reimbursement of any amounts paid under the policy for loss, damage, costs or fees.  No waiver of any of the policy terms and conditions is intended by said handling or actions, nor should such waiver or estoppel be inferred.

Allegations in the lawsuit include direct allegations of negligence and vicarious elements of negligence that related back to the incident back to the motor vehicle accident negligence claims.

EXHIBIT A

Progressive Insurance
747 Alpha Drive
Highland Heights, OH 44143
Phone No:  440-566-4732
Fax No:  833-905-1738
A138510@progressive.com

Underwritten by: United Financial Casualty Company
Insured: A & R Services LLC
Policy Number:  04135669-000
Claim Number:  22-7952725
Date of Loss:  June 26, 2022
1-800-PROGRESSIVE (1-800-776-4737)

United Financial Casualty Company issued commercial auto policy # 04135669-000(Form NM 6912 Edition 02/19) to A & R Services LLC for the policy period of December 20th 2021 to December 20th 2022.

Any direct negligence claims against Spur Energy Partners, LLC may not be covered under the above referenced policy as those are direct negligence claims against Spur Energy Partners, LLC and not vicarious liability claims that arise out of this accident.

The policy states in part:


## PART I - LIABILITY TO OTHERS


### INSURING AGREEMENT - LIABILITY TO OTHERS

Subject to the Limits of Liability, if **you** pay the premium for liability coverage for the **insured auto** involved, **we** will pay damages, other than punitive or exemplary damages, for **bodily injury**, **property damage**, and **covered pollution cost or expense** for which an **insured** becomes legally responsible because of an **accident** arising out of the ownership, maintenance or use of that **insured auto**. However, **we** will only pay for the **covered pollution cost or expense** if the same **accident** also caused **bodily injury** or **property damage** to which this insurance applies.


**We** will settle or defend, at **our** option, any claim or lawsuit for damages covered by this Part I. **We** have no duty to settle or defend any lawsuit, or make any additional payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.


### ADDITIONAL DEFINITIONS USED IN THIS PART ONLY

A.   When used in Part I - Liability To Others, **insured** means:

1. **You** with respect to an **insured auto**.

2. Any person while using, with **your** permission, and within the scope of that permission, an **insured auto you** own, hire, or borrow except:

(a) Any person while he or she is working in a business of selling, leasing, repairing, parking, storing, servicing, delivering or testing **autos**, unless that business is **yours** and it was so represented in **your** application.

EXHIBIT A

Progressive Insurance
747 Alpha Drive
Highland Heights, OH 44143
Phone No:  440-566-4732
Fax No:  833-905-1738
A138510@progressive.com

Underwritten by: United Financial Casualty Company
Insured: A & R Services LLC
Policy Number:  04135669-000
Claim Number:  22-7952725
Date of Loss:  June 26, 2022
1-800-PROGRESSIVE (1-800-776-4737)

(b) Any person while he or she is moving property to or from an **insured auto**, other than one of **your employees**, partners (if you are a partnership), members (if you are a limited liability company), or officers or directors (if you are a corporation).

(c) The owner or anyone else from whom the **insured auto** is leased, hired, or borrowed. However, this exception does not apply if the **insured auto** is specifically described on the **declarations page**.

(d) The employees or agents of an owner or anyone else from whom the **insured auto** is leased, hired or borrowed. However, this exception does not apply if the **insured auto** is specifically described on the **declarations page**.

For purposes of this subsection A.2., an **insured auto you** own includes any **auto** specifically described on the **declarations page**.

3. Any other person or organization, but only with respect to the legal liability of that person or organization for acts or omissions of any person otherwise covered under this Part I - Liability To Others. If **we** make a filing or submit a certificate of insurance on **your** behalf with a regulatory or governmental agency, the term "**insured**" as used in such filing or certificate, and in any related endorsement, refers only to the person or organization named on such filing, certificate or endorsement.

…

As previously noted, the handling of this claim is conducted under Reservation of Rights.  Our investigation to date indicates this policy may not provide coverage for the direct negligence allegations outlined above or any other direct or independent negligence claims that do not relate back to the actual loss as a vicarious negligence element. In addition to this, UFCC is presently investigating if there is coverage for bodily injury liability and wrongful death claims arising out of the deaths of Alberto Alvarez Jr. and Israel Martinez.

This United Financial Casualty Company policy only provides coverage for any potential vicarious liability you may have arising from the negligence of Spur Energy Partners, LLC. We therefore may have no duty to indemnify for all direct negligence damages related to these allegations.

However, United Financial Casualty Company will provide Spur Energy Partners, LLC with a defense for all allegations raised in the lawsuit under this Reservation of Rights.

We may ultimately conclude that there is no duty to indemnity for non-covered direct negligence items and we will update you more if we come to that conclusion.

As stated above, a Reservation of Rights means that no action taken to date by United Financial Casualty Company, or any of its representatives, nor any action United Financial Casualty Company may take in the future to investigate this claim, explore settlement, or defend any legal action arising out of the above-referenced incident, should be deemed an admission of coverage under this policy with United Financial Casualty Company.  No waiver of any of the policy terms and conditions is intended by said handling or actions, such waiver or estoppel be inferred.

EXHIBIT A

Progressive Insurance
747 Alpha Drive
Highland Heights, OH 44143
Phone No:  440-566-4732
Fax No:  833-905-1738
A138510@progressive.com

Underwritten by: United Financial Casualty Company
Insured: A & R Services LLC
Policy Number:  04135669-000
Claim Number:  22-7952725
Date of Loss:  June 26, 2022
1-800-PROGRESSIVE (1-800-776-4737)

Moreover, United Financial Casualty Company further expressly retains and reserves each and all of its rights under the terms of the policy and applicable law, whether or not asserted herein and reserves the right to amend this correspondence so as to include any other policy terms and/or conditions that may be relied upon in a coverage decision in as much as our investigation into this incident as ongoing. If further investigation leads us to conclude that no coverage exists for this matter under the policy, we reserve the right to deny coverage, and we will send a letter informing it of such denial of coverage.

If any of the facts contained herein are incorrect, or if you have any questions about our coverage investigation or any other matter about this claim, please contact me at (440) 566-4732.

Should you not be satisfied with the handling of this claim, please immediately contact my supervisor Lisa Armstrong at (440) 620-2971.

In closing, please note that, in sending you this communication, United Financial Casualty Company reserves and does not waive any rights or defenses it had under the subject insurance company, whether noted above or not.

Sincerely,

*Meliha Babic*

Meliha Babic
SR Claims Specialist, Commercial Lines
United Financial Casualty Company

EXHIBIT A