**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


UNITED FINANCIAL CASUALTY COMPANY,

     Plaintiffs,

vs.                                                            Case No.:  2:22-CV-01321-KRS-JHR

A&R SERVICES, LLC; TODD M. LOPEZ, as Personal
Representative of the Estate of ALBERTO
ALVAREZ, JR., Decedent; SANDRA ANCHONDO,
individually, and as Next Friend of A.A., a minor;
ANAHY ALVAREZ ANCHONDO; SUSAN PATTEN,
as Personal Representative of the Estate of ISRAEL
MARTINEZ, Decedent; MARY MARTINEZ,
individually, and as Next Friend of M.M., A.O.M., and
I.M.J., minor children; NITTY DANIELA MARTINEZ;
SPUR ENERGY PARTNERS, LLC, MICHAEL
BISHOP, individually and as an agent of Spur
Energy Partners, DOUGLAS BORING, individually
and as an agent of Spur Energy Partners, KIPPER FOLMAR,
individually and as an agent of Spur Energy Partners, and RENE
QUINTANA, individually and as an agent of SDS Petroleum
Consultants, LLC; GRAVITY OILFIELD SERVICES, LLC;
SDS PETROLEUM CONSULTANT, LLC JOHN DOES I-V,
JANE DOES VI-X, BLACK AND WHITE CORPORATIONS
XI-XV, ABC PARTNERSHIPS XVI-XX, and XYZ
ORGANIZATIONS XXI-XXV,

     Defendants.

## DEFENDANT GRAVITY OILFIELD SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Gravity Oilfield Services, LLC, a Texas limited liability company, gives notice that its sole member is Gravity Oilfield Operating, LLC, a Delaware limited liability company.  Gravity Oilfield Operating, LLC, in turn is wholly owned by Gravity Oilfield Services, Inc., a Delaware corporation with its principal place of business in Texas.

5146190.1

2

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    */s/ Jeffrey R. Taylor*
      Jeffrey R. Taylor
      P.O. Box 1888
      Albuquerque, NM  87103-1888
      Telephone:  (505) 765-5900
      rtaylor@rodey.com

*Attorney for Defendant Gravity Oilfield Services, LLC*

CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2026, I filed the foregoing using CM/ECF which caused the all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    /s/ *Jeffrey R. Taylor*
      Jeffrey R. Taylor

2